IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| KENDALL PRICE | : | NO. 11-630 |

**O R D E R**

**AND NOW**, this 4th day of January, 2012, upon consideration of the Defendant's Motion to Suppress Evidence (Docket No. 14) and the Government's opposition thereto (Docket No. 26) and following a hearing, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion (Docket No. 14) is **DENIED**.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge